IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

GRACE CONTRACTING, LLC,

     Appellant,

v.

NICHOLAS VUKICH AND
SHARON VUKICH,

     Appellees.

Case No.  5D22-1005
LT Case No. 2019-CA-577-A

_____/

Decision filed February 21, 2023

Appeal from the Circuit Court
for St. Johns County,
Howard M. Maltz, Judge.

J. Michael Lindell, and Loree L.
French, of Lindell Farson &
Zebouni, P.A., Jacksonville, for
Appellant.

Kevin A. Schoeppel, of Durnat,
Schoeppel & Decunto, P.A.,
Jacksonville, for Appellees.

PER CURIAM.

     AFFIRMED.

JAY, EISNAUGLE and MACIVER, JJ., concur.